**Fill in this information to identify the case:**

Debtor 1 _____Shawyna D McFadden_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__    District of __Ohio__
                                                                    (State)

Case number: __12-55522__

Official Form 4100R
# Response to Final Cure Payment                                                                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

## Part 1:    Mortgage Information

**Name of Creditor:** __DLJ Mortgage Capital, Inc__                          **Court Claim no.** (if known)
                                                                              __6__

**Last 4 digits of any number you use to identify the debtor's account:** __XXXXXX8686__

**Property address:**   __1705 Lynnhurst Road__
                        Number    Street

                        _____

                        __Columbus, OH 43229__
                        City              State   Zip Code

## Part 2:    Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
   on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
   on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
   of the response is:                                                                                    $ _____

## Part 3:    Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
   the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor is on:    __08/01/2017__
                                                           MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
   of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

   a. Total postpetition ongoing payments due:                                              (a) $ _____
   b. Total fees, charges, expenses, escrow, and costs outstanding:                         (b) $ _____
   c. **Total**. Add lines a and b.                                                         (c) $ _____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payments that first became
   due on:                                                    __ / __ / _____
                                                              MM / DD / YYYY

| Debtor 1 | Shawyna D McFadden | | | Case number: | 12-55522 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it.  The response must be filed as a supplement to the creditor's proof of claim..

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Matthew Murtland                          Date: August 16, 2017
   Signature

**Print:**  Matthew Murtland, Esq.              Title  Attorney for Creditor
           First Name    Middle Name    Last Name

Company    Shapiro, Van Ess, Phillips & Barragate, LLP

Address    4805 Montgomery Road, Suite 320
           Number        Street

           Norwood, OH 45212
           City                    State   ZIP Code

Contact phone   (513) 396-8100          Email  mmurtland@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on

Date: August 16, 2017

Chapter 13 Trustee: Frank M Pees

Trustee Address: 130 East Wilson Bridge Road, Suite 200, Worthington, OH 43085

Trustee Email:

Debtor's Counsel Name: Robin S Stith

Debtor's Counsel Address: 13 East Kossuth Street, Columbus, OH 43206

Debtor's Counsel Email: Robinstith@sbcglobal.net

Debtor 1 Name: Shawyna D McFadden

Debtor 2 Name:

Debtor's Mailing Address: 1705 Lynnhurst Road, Columbus, OH 43229

Debtor Email:

/s/ Matthew Murtland
Matthew Murtland
Shapiro, Van Ess, Phillips & Barragate LLP